In the Matter of the Petition of the MAYOR AND COMMON COUNCIL OF THE CITY OF ONEIDA, under Section 91 of the Railroad Law, for an Alteration in the Crossing of James Street and the Railroad Operated by the New York Central Railroad Company, in the City of Oneida, a Change in Its Location or the Closing or Discontinuance of the Crossing and the Opening of an Additional Crossing. (Case No. 8395.) — Motion to amend notice of appeal, heretofore taken in the Fourth Department, so as to read Third Department, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

| HELENA I. JENSEN, Respondent, v. THE COMMERCIAL TRAVELERS MUTUAL ACCIDENT ASSOCIATION OF AMERICA, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

FRANKLIN V. BRADLEY, an Infant, by EDWARD J. BRADLEY, Guardian ad Litem, Respondent, v. BOARD OF EDUCATION OF THE CITY OF ONEONTA, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

JOHN FAHLMANN, as Administrator, etc., of JOSEPH FAHLMANN, Deceased, Appellant, v. JOHN WHITESIDE and Another, Doing Business as WHITESIDE & BUELL, Respondents, and Another.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.